| Case | Docket No. | Date | Judge | Disposition |
|---|---|---|---|---|
| Fidell v. State | 49A05–1606–CR–1402 | 12/21/2016 | PYLE, J. | Affirmed |
| | | | BAKER, J. | Concurs |
| | | | MATHIAS, J. | Concurs |
| Cobbs v. State | 49A02–1606–CR–1446 | 12/21/2016 | ALTICE, J. | Affirmed |
| | | | RILEY, J. | Concurs |
| | | | CRONE, J. | Concurs |
| D.K., In re | 49A05–1607–JC–1641 | 12/21/2016 | VAIDIK, C.J. | Affirmed |
| | | | BRADFORD, J. | Concurs |
| | | | BROWN, J. | Concurs |
| Cunningham v. State | 49A02–1604–CR–892 | 12/21/2016 | BAILEY, J. | Affirmed |
| | | | NAJAM, J. | Concurs |
| | | | MAY, J. | Concurs |
| A.I.K., Guardianship of v. Kruchten | 14A05–1604–GU–961 | 12/21/2016 | BRADFORD, J. | Affirmed |
| | | | VAIDIK, C.J. | Concurs |
| | | | BROWN, J. | Concurs |
| Honeycutt v. State | 38A02–1608–CR–1809 | 12/21/2016 | BRADFORD, J. | Affirmed |
| | | | VAIDIK, C.J. | Concurs |
| | | | BROWN, J. | Concurs |
| Mallett v. State | 71A03–1606–CR–1314 | 12/21/2016 | CRONE, J. | Affirmed |
| | | | RILEY, J. | Concurs |
| | | | ALTICE, J. | Concurs |
| A.C., In re | 82A01–1607–JT–1683 | 12/21/2016 | BAILEY, J. | Affirmed |
| | | | NAJAM, J. | Concurs |
| | | | MAY, J. | Concurs |
| Funderburgh v. State | 27A05–1604–CR–867 | 12/21/2016 | PYLE, J. | Affirmed |
| | | | BAKER, J. | Concurs |
| | | | MATHIAS, J. | Concurs |
| H.B., In re | 56A04–1605–JT–1054 | 12/21/2016 | CRONE, J. | Affirmed |
| | | | RILEY, J. | Concurs |
| | | | ALTICE, J. | Concurs |
| B.A., In re | 10A01–1604–JT–803 | 12/21/2016 | PYLE, J. | Affirmed |
| | | | BAKER, J. | Concurs |
| | | | MATHIAS, J. | Concurs |
| M.M., In re | 49A02–1605–JT–1028 | 12/22/2016 | ROBB, J. | Affirmed |
| | | | MATHIAS, J. | Concurs |
| | | | BROWN, J. | Concurs |